SAMUEL MITCHELL ESTATE INCORPORATED *et al. v.* WESTERN AND ATLANTIC RAILROAD *et al.*

HILL, J. The deed from Samuel Mitchell to the State of Georgia, as set out in the statement of facts, properly construed, conveyed a fee-simple title to the property therein described. *Tift* v. *S., F. & W. Ry. Co.,* 103

*Ga.* 580 (30 S. E. 266). Consequently the judge did not err in sustaining the demurrer to the petition, and in dismissing the case.

*Judgment affirmed. All the Justices concur.*

No. 6697. JANUARY 23, 1928.

730

*Alexander, Hardwick & McLarty, Hooper & Hooper, Alfred C. Broom,* and *W. B. Hollingsworth,* for plaintiffs.

*Tye, Thomson & Tye* and *Henry C. Peeples,* for defendants.